**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01141-RPM-KMT

MONEE McWEE,

        Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

        Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

        THE COURT having reviewed the Stipulation of Dismissal with Prejudice

pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully

advised in the premises, DOES HEREBY ORDER that this case is Dismissed with

Prejudice, with each party to pay her or its own attorney's fees and costs.

        DATED: September 25th, 2008

                BY THE COURT:


                s/Richard P. Matsch
                _____
                U.S. DISTRICT JUDGE